UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 16-23019-CIV-MORENO**

EVELIN V. LEYVA,

                    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

                    Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO STATE A FEDERAL CAUSE OF ACTION

THIS CAUSE came before the Court upon a *sua sponte* review of Plaintiff's complaint.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the case is DISMISSED without prejudice as the complaint does not state a federal cause of action. In addition, the Court abstains from adjudicating Plaintiff's state law claims pursuant to the *Rooker-Feldman* doctrine as those claims stem from a state court foreclosure proceeding that is now closed.

Plaintiff's sole federal claim is under the Real Estate Settlement Procedure Act. That statute only creates a private right of action for three wrongful acts by lenders: (1) payment of a kickback and unearned fees for a real estate settlement service; (2) requiring a buyer to use a title insurer selected by the seller; or (3) a lender or loan servicer's failure to notify the mortgagor of a transfer of a loan. 12 U.S.C. § 2605(f); *Libbrizzi v. Ocwen Loan Servicing, LLC*, 120 F. Supp. 3d 1368, 1378-79 (S.D. Fla. 2015).

In this case, the Plaintiff is complaining that the lender did not inform her of loss mitigation procedures under the federal statute. That is not a complaint for which the statute creates a private right of action. Accordingly, the Court finds that Plaintiff has not stated a federal cause of action and dismisses

the claim without prejudice.

Alternatively, the Plaintiff seeks to invoke the Court's diversity jurisdiction over her state law claims. The state law claims, however, stem from the Plaintiff's foreclosure proceeding in state court. She claims the Defendant Wells Fargo breached her contract by not stopping the foreclosure proceedings and she is seeking judicial review of the loan modification process. Accordingly, it is

**ADJUDGED** that the Court abstains from adjudicating the state law claims pursuant to the *Rooker-Feldman* doctrine. *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983). The *Rooker-Feldman* doctrine is "confined to cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the federal district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 283 (2005). In this case, Plaintiff is complaining the Defendant failed to provide her with a loan modification during the foreclosure action that took place in the Florida Circuit Court for Miami-Dade County, Case No. 2010-13260-CA-01. *See Exh. A* (Copy of state court docket indicating case is closed). Having lost in state court, the Plaintiff cannot come to this Court to seek the relief she was unable to get in that venue. Accordingly, this Court abstains from adjudicating the state law claims pursuant to the *Rooker-Feldman* doctrine.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of July 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record



ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

**◀◀ Back to Search**

## WELLS FARGO BANK (NA) VS LEYVA, EVELYN V

**Local Case Number:**2010-013260-CA-01

**Filing Date:**02/26/2010

**State Case Number:**132010CA013260000001

**Case Type:**RPMF -Homestead ($50,001 - $249,999)

**Consolidated Case No.:**N/A

**Judicial Section:**CA08

**Case Status:**CLOSED



**👥 Parties**                          **Number of Parties: 5 ✚**

**🔧 Hearing Details**                  **Number of Hearing: 0 ✚**

**🔊 Dockets**                          **Dockets Retrieved: 133 ➖**